In the Matter of the Complaint of John J. McLaughlin, Respondent, v. John P. Connors and Others, Constituting the Board of Primary Inspectors, and Others, Defendants, Impleaded with James Connors, Appellant.— Order affirmed, with ten dollars costs and disbursements, and new election ordered. If counsel do not agree upon form of order, to be settled, on two days' notice, by Chester, J. No opinion. All concurred.

Margaret E. McAuley, as Administratrix, etc., of Hugh McAuley, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Memorandum modified so as to read: Judgment and order affirmed upon the facts and reversed upon the law, and new trial granted, with costs to appellant to abide event. Opinion by Parker, P. J. All concurred. (See 111 App. Div. 117).

In the Matter of the Petition of Henry C. Soop, as Agent and Attorney of the Estate of Thomas Cornell, Appellant, v. Webster H. Burhans, Respondent.— Order affirmed, with costs. No opinion. All concurred, except Chester and Kellogg, JJ., dissenting.

In the Matter of the Final Accounting of James Hull, as Executor, etc., of Mary Emily Hull, Deceased, Appellant. Helen Maxwell Williams, Respondent. — Decree unanimously affirmed, with costs to the contestant to be paid out of the estate. No opinion.

The People of the State of New York ex rel. The Troy Steel Company and William F. Donovan, Respondents, v. William H. Munn and Others, General Assessors of the City of Troy, and Le Roy Rickerson, Comptroller of the City of Troy, Appellants.— Judgment unanimously affirmed, with costs. No opinion.

The People of the State of New York ex rel. Rochester Railway and Light Company, Respondent, v. Lester F. Stearns and Others, as Tax Commissioners of the State of New York, Constituting the State Board of Tax Commissioners, 1905, Respondents. In the Matter of the Application of The City of Rochester, Appellant, for Leave to Intervene.— Order reversed with ten dollars costs and disbursements, on the authority of People ex rel. Rochester Tel. Co. v. Priest (181 N. Y. 300), and motion remitted to the Special Term for the exercise of its discretion. All concurred, except Parker, P. J., and Smith, J., dissenting.

The People of the State of New York ex rel. Louis Gardner, Respondent, v. The Supreme Court of the Independent Order of Foresters, Appellant.— Judgment unanimously affirmed, with costs. No opinion; Kellogg, J., not sitting.

The People of the State of New York, Appellant, v. Isabella L. Troupe, Respondent, Impleaded with Unknown Claimants and Unknown Heirs at Law of Matilda C. Johnston, Deceased.— Judgment affirmed, with costs. No opinion. All concurred, except Parker, P. J., and Cochrane, J., dissenting.

The People of the State of New York, Plaintiff, v. The Merchants' Trust Company, Defendant. Charles E. Patterson, Intervenor, Appellant; Douglas Robinson and the New York Trust Company, Receivers of the Merchants' Trust Company, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

The People of the State of New York v. Family Fund Society.— Motion granted, with ten dollars costs.

The People of the State of New York ex rel. Harry H. Bender v. Charles F. Milliken and Others.— Motion denied.

John I. Schermerhorn, Respondent, v. The Glens Falls Portland Cement Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

P. M. Sharples, Appellant, v. C. Everett Angell, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion.

Wellington Shaver, Respondent, v. Lester Cunningham and Norman Cunningham, Appellants.— Motion granted, with ten dollars costs, unless the appellants within five days file papers on appeal with clerk of this court and pay to the respondent's attorney ten dollars costs of motion, in which case the appellants are relieved from their default and the motion denied.

Isaiah Walker v. Newton Falls Paper Company.— Motion denied. Kellogg, J., not sitting.

Knickerbocker Trust Company, as Trustee, Respondent, v. Oneonta, Cooperstown and Richfield Springs Railway Company and Others, Defendants. Edgar P. Holdridge, Appellant.— Motion to dismiss appeal from judgment granted,

with ten dollars costs.   Motion to dismiss appeal from order granted, with ten dollars costs.

In the Matter of the Application of Avery S. Wright, Appellant, for a Writ of Mandamus Directing Otto Kelsey, as State Comptroller, to Pay Salary, Respond-·ent.— Order affirmed, with ten dollars costs and disbursements.   No opinion. All concurred.